UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KELLY, ROBERT KEVIN | § | Case No. 10-40350 |
| KELLY, NANCY A. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/09/2011        By:  /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KELLY, ROBERT KEVIN  § Case No. 10-40350
      KELLY, NANCY A.  §
                                                 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 23,960.82 |
| *and approved disbursements of* | $ 90.12 |
| *leaving a balance on hand of* [1] | $ 23,870.70 |
| **Balance on hand:** | $ 23,870.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,870.70 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DEBORAH K. EBNER | 3,146.08 | 0.00 | 3,146.08 |
| Trustee, Expenses - DEBORAH K. EBNER | 12.92 | 0.00 | 12.92 |
| Accountant for Trustee, Fees - LOIS WEST | 967.50 | 0.00 | 967.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,126.50 |
| Remaining balance: | $ 19,744.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 19,744.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,124.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | United States Department of Treasury | 6,124.55 | 0.00 | 6,124.55 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 6,124.55 |
| Remaining balance: | $ | 13,619.65 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,316.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury | 2,490.52 | 0.00 | 264.35 |
| 2 | Chase Bank USA, N.A. | 3,399.02 | 0.00 | 360.78 |
| 3 | Chase Bank USA, N.A. | 12,173.79 | 0.00 | 1,292.14 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | 4,477.93 | 0.00 | 475.29 |
| 5 | American Express Centurion Bank | 306.89 | 0.00 | 32.57 |
| 6 | American Express Bank, FSB | 3,090.66 | 0.00 | 328.05 |
| 7 | Verizon Wireless | 730.05 | 0.00 | 77.49 |
| 8 | JPMorgan Chase Bank, NA | 101,647.60 | 0.00 | 10,788.98 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 13,619.65 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                          Case No. 10-40350-BWB
Robert Kevin Kelly                                              Chapter 7
Nancy A. Kelly
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: nmolina               Page 1 of 2                  Date Rcvd: Jun 10, 2011
                              Form ID: pdf006             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2011.
db/jdb        +Robert Kevin Kelly,    Nancy A. Kelly,    5303 Bundleflower Court,    Naperville, IL 60564-4333
aty           +Richard N Golding,    The Golding Law Offices, P.C.,    The Boyce Building,
                500 North Dearborn Street, Second Floor,    Chicago, IL 60654-3300
tr            +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
16109892       American Express,   Credit Dept.,    P.O. Box 981540,    El Paso, TX 79998-1540
16678067       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16678066       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16471806       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16109894       Chase Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
16109895      +Douglas R. Johnson, Esq.,    321 N. Clark St., 5th Flr.,    Chicago, IL 60654-4714
16109896       Edward Burke,   51019 Lake Park Drive,    Grand Beach, MI 49117
16109899      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Department of the Treasury,    Internal Revenue Service,   PO Box 21126,
                Philadelphia, PA 19114)
16109898      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    District Director,
                230 S. Dearborn Street,    Chicago, IL 60651)
16109897       Illinois Dept. of Employment Sec.,    Benefit Repayments,    PO Box 19286,
                Springfield, IL 62794-9286
16109900      +JPMorgan Chase Bank NA,   Legal Dept.,    313 S. Dearborn St., 5th Flr.,    Chicago, IL 60604
16753499      +JPMorgan Chase Bank, NA,    c/o Law Office of Douglas Johnson,    321 N. Clark, 5th Floor,
                Chicago, IL 60654-4714
16109901      +Kolnicki, Peterson, Wirth CPA,    1400 Opus Place,    Ste. 100,    Downers Grove, IL 60515-5761
16524006      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16109903      +Provident Funding Assoc.,    1235 N Dutton Ave Ste E,    Santa Rosa, CA 95401-4666
16109904      +Richmond Breslin LLP,    233 South Wacker Drive,    Ste. 5775,    Chicago, IL 60606-6440
16109905       Sears Mastercard,   PO Box 6282,    Sioux Falls, SD 57117-6282
16109907       Will County Treasurer,    302 N. Chicago St.,    Joliet, IL 60432-4059
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16109893      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 11 2011 00:05:15
                Capital One Auto Finance,    PO Box 201347,    Arlington, TX 76006-1347
16109902      +E-mail/Text: bankrup@nicor.com Jun 10 2011 22:03:48      Nicor Gas,    1844 Ferry Road,
                Naperville, IL 60563-9600
16109906      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 11 2011 00:15:05       Verizon Wireless,
                Bankruptcy Dept.,   P.O. Box 3397,    Bloomington, IL 61702-3397
16679919      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 11 2011 00:15:05       Verizon Wireless,
                PO BOX 3397,   Bloomington, IL 61702-3397
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2                Date Rcvd: Jun 10, 2011
                              Form ID: pdf006            Total Noticed: 25

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2011**                              **Signature:**    /s/ Joseph Speetjens