# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KELLY, ROBERT KEVIN          Case No. 10-40350
       KELLY, NANCY A.

                                    Chapter   7
_____,
              Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                    Assets Exempt:  $41,699.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,744.74    Claims Discharged
                                               Without Payment:  $145,115.97

Total Expenses of Administration:  $4,216.62

---

   3)  Total gross receipts of $   23,961.36   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $23,961.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 10-40350   Doc 43   Filed 09/19/11   Entered 09/19/11 21:48:39   Desc Main
Document   Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $316,901.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,216.62 | 4,216.62 | 4,216.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,944.00 | 6,124.55 | 6,124.55 | 6,124.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,481.95 | 128,316.46 | 128,316.46 | 13,620.19 |
| **TOTAL DISBURSEMENTS** | $491,327.05 | $138,657.63 | $138,657.63 | $23,961.36 |

    4) This case was originally filed under Chapter 7 on September 08, 2010. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2011    By: /s/DEBORAH K. EBNER
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 5303 Bundleflower Court, Naperville IL | 1110-000 | 23,960.00 |
| Interest Income | 1270-000 | 1.36 |
| **TOTAL GROSS RECEIPTS** | | **$23,961.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One Auto Finance | 4110-000 | 13,901.10 | N/A | N/A | 0.00 |
| NOTFILED | Provident Funding Assoc | 4110-000 | 303,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$316,901.10** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,146.08 | 3,146.08 | 3,146.08 |
| DEBORAH K. EBNER | 2200-000 | N/A | 12.92 | 12.92 | 12.92 |
| LOIS WEST | 3410-000 | N/A | 967.50 | 967.50 | 967.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | |
|---|---|---|---|---|
| International Sureties | 2300-000 | N/A | 90.12 | 90.12 | 90.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,216.62 | 4,216.62 | 4,216.62 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | United States Department of Treasury | 5800-000 | 14,944.00 | 6,124.55 | 6,124.55 | 6,124.55 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 14,944.00 | 6,124.55 | 6,124.55 | 6,124.55 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of Treasury | 7100-000 | N/A | 2,490.52 | 2,490.52 | 264.36 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,364.02 | 3,399.02 | 3,399.02 | 360.79 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 12,173.79 | 12,173.79 | 12,173.79 | 1,292.19 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 4,477.00 | 4,477.93 | 4,477.93 | 475.31 |
| 5 | American Express Centurion Bank | 7100-000 | 635.89 | 306.89 | 306.89 | 32.57 |
| 6 | American Express Bank, FSB | 7100-000 | 3,090.66 | 3,090.66 | 3,090.66 | 328.06 |
| 7 | Verizon Wireless | 7100-000 | 730.05 | 730.05 | 730.05 | 77.49 |
| 8 | JPMorgan Chase Bank, NA | 7100-000 | 104,590.84 | 101,647.60 | 101,647.60 | 10,789.42 |
| NOTFILED | Richmond Breslin LLP | 7100-000 | 572.70 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | Will County Treasurer | 7100-000 | 12,057.00 | N/A | N/A | 0.00 |
| NOTFILED | Kolnicki, Peterson, Wirth CPA | 7100-000 | 2,224.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Burke | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Illinois Dept. of Employment Sec. Benefit Repayments | 7100-000 | 292.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 159,481.95 | 128,316.46 | 128,316.46 | 13,620.19 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-40350  
**Case Name:** KELLY, ROBERT KEVIN  
KELLY, NANCY A.  
**Period Ending:** 09/10/11

**Trustee:** (330480)   DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 09/08/10 (f)  
**§341(a) Meeting Date:** 10/14/10  
**Claims Bar Date:** 02/10/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 5303 Bundleflower Court, Naperville IL | 418,000.00 | 85,000.00 | | 23,960.00 | FA |
| 2 | Checking, savings or other financial accounts, c | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c | 1,499.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings, including audio | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings, including audio | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Books, pictures and other art objects, antiques, | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wearing apparel. | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension | 4,000.00 | 0.00 | | 0.00 | FA |
| 10 | Automobiles, trucks, trailers and other vehicles | 15,000.00 | 98.90 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.36 | FA |
| **11** | **Assets** **Totals** (Excluding unknown values) | **$443,699.00** | **$85,098.90** | | **$23,961.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sold right title and  interest in debtor's home back to the debtor. Trustee awaits finalization of tax return and expiration of 2/10/11 claims bar date to close.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011      **Current Projected Date Of Final Report (TFR):**   June 9, 2011  (Actual)

Printed: 09/10/2011 11:27 PM      V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-40350  
**Case Name:** KELLY, ROBERT KEVIN  
KELLY, NANCY A.  
**Taxpayer ID #:** **-***7518  
**Period Ending:** 09/10/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******17-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/10 | {1} | Robert and Nancy Kelly | Purchase of trustee's right, title & interest | 1110-000 | 23,960.00 | | 23,960.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 23,960.05 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,960.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 23,960.43 |
| 03/13/11 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-40350, # 016026455 | 2300-000 | | 90.12 | 23,870.31 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,870.51 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,870.70 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,870.90 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,871.09 |
| 07/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 23,871.24 |
| 07/23/11 | | To Account #9200******1766 | To close | 9999-000 | | 23,871.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **23,961.36** | **23,961.36** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 23,871.24 | |
| | | | **Subtotal** | | **23,961.36** | **90.12** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,961.36** | **$90.12** | |

{} Asset reference(s)

Printed: 09/10/2011 11:27 PM  V.12.57

Page: 2

# FORM 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-40350 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | KELLY, ROBERT KEVIN | | Bank Name: | The Bank of New York Mellon |
| | KELLY, NANCY A. | | Account: | 9200-******17-66 - Checking Account |
| Taxpayer ID #: | **-***7518 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/10/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/23/11 | | From Account #9200******1765 | To close | 9999-000 | 23,871.24 | | 23,871.24 |
| 07/26/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $12.92, Trustee Expenses; Reference: | 2200-000 | | 12.92 | 23,858.32 |
| 07/26/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,146.08, Trustee Compensation; Reference: | 2100-000 | | 3,146.08 | 20,712.24 |
| 07/26/11 | 103 | LOIS WEST | Dividend paid 100.00% on $967.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 967.50 | 19,744.74 |
| 07/26/11 | 104 | United States Department of Treasury | Dividend paid 100.00% on $6,124.55; Claim# 1; Filed: $6,124.55; Reference: USDOT | 5800-000 | | 6,124.55 | 13,620.19 |
| 07/26/11 | 105 | Department of Treasury | Dividend paid 10.61% on $2,490.52; Claim# 1; Filed: $2,490.52; Reference: USDOT | 7100-000 | | 264.36 | 13,355.83 |
| 07/26/11 | 106 | Chase Bank USA, N.A. | Dividend paid 10.61% on $3,399.02; Claim# 2; Filed: $3,399.02; Reference: XXXX-XXXX-XXXX-7382 | 7100-000 | | 360.79 | 12,995.04 |
| 07/26/11 | 107 | Chase Bank USA, N.A. | Dividend paid 10.61% on $12,173.79; Claim# 3; Filed: $12,173.79; Reference: XXXX-XXXX-XXXX-1279 | 7100-000 | | 1,292.19 | 11,702.85 |
| 07/26/11 | 108 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 10.61% on $4,477.93; Claim# 4; Filed: $4,477.93; Reference: XXXX-XXXX-XXXX-5418 | 7100-000 | | 475.31 | 11,227.54 |
| 07/26/11 | 109 | American Express Centurion Bank | Dividend paid 10.61% on $306.89; Claim# 5; Filed: $306.89; Reference: XXXX-XXXXXX-X1009 | 7100-000 | | 32.57 | 11,194.97 |
| 07/26/11 | 110 | American Express Bank, FSB | Dividend paid 10.61% on $3,090.66; Claim# 6; Filed: $3,090.66; Reference: XXXX-XXXXXX-X1000 | 7100-000 | | 328.06 | 10,866.91 |
| 07/26/11 | 111 | Verizon Wireless | Dividend paid 10.61% on $730.05; Claim# 7; Filed: $730.05; Reference: XXXXXXXXXXX0002 | 7100-000 | | 77.49 | 10,789.42 |
| 07/26/11 | 112 | JPMorgan Chase Bank, NA | Dividend paid 10.61% on $101,647.60; Claim# 8; Filed: $101,647.60; Reference: XXXXXXXXXX6001 | 7100-000 | | 10,789.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 23,871.24 | 23,871.24 | $0.00 |
| | | | Less: Bank Transfers | | 23,871.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 23,871.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $23,871.24 | |

{} Asset reference(s)  
Printed: 09/10/2011 11:27 PM  V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-40350  
**Case Name:** KELLY, ROBERT KEVIN  
KELLY, NANCY A.  
**Taxpayer ID #:** **-***7518  
**Period Ending:** 09/10/11

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******17-67 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******17-65** | 23,961.36 | 90.12 | 0.00 |
| **Checking # 9200-******17-66** | 0.00 | 23,871.24 | 0.00 |
| **MMA # 9200-******17-67** | 0.00 | 0.00 | 0.00 |
| | **$23,961.36** | **$23,961.36** | **$0.00** |

{} Asset reference(s)  

Printed: 09/10/2011 11:27 PM    V.12.57